# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

VERA R. DIFILIPPI-ABOELELAA

and IRAHIM ABOELELAA,

                Plaintiffs,

-against-

BROOKLYN PUBLIC LIBRARY
SYSTEMS, et al.,

                Defendants.

Case Number: 08 Civ. 4323 (JSR)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendants.

    I certify that I am admitted to practice in this court.

July 9, 2008
Date

[Signature]
Signature

Clifford R. Atlas (CA9512)
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York,    NY         10038
City         State      Zip Code

212-545-4000              212-972-3213
Phone Number              Fax Number