# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

VERA R. DIFILIPPI-ABOELELAA

and IRAHIM ABOELELAA,

Case Number: 08 Civ. 4323 (JSR)

                Plaintiffs,

-against-

BROOKLYN PUBLIC LIBRARY SYSTEMS, et al.,

                Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants.

I certify that I am admitted to practice in this court.

July 9, 2008
Date

_/s/ Nicole Q. Saldana_
Signature

Nicole Q. Saldana (NS 6524)
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York,   NY   10038
City   State   Zip Code

212-545-4000   212-972-3213
Phone Number   Fax Number