RAKOFF, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERA R. DIFILIPPI-ABOELELLA and IRAHIM ABOELELAA,<br>Plaintiffs,<br>v.<br>BROOKLYN PUBLIC LIBRARY SYSTEMS, et al.,<br>Defendants. | Case No. 08 Civ. 4323 (JSR)<br><br>**STIPULATION EXTENDING TIME** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the time in which Defendants may answer, move, or otherwise respond to Plaintiff's Complaint is extended from July 21, 2008 through and including August 21, 2008.

LAW OFFICES OF STEVEN E. SAVAGE
PO Box 7721
New York, New York 10106
(917) 647-1813

By: _[signature]_
Steven Savage (SS 3475)

ATTORNEYS FOR PLAINTIFFS

JACKSON LEWIS LLP
59 Maiden Lane, 39th Floor
New York, New York 10038
(212) 545-4000

By: _[signature]_
Clifford R. Atlas (CA 9512)
Nicole Q. Saldana (NS 6524)

ATTORNEYS FOR DEFENDANTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-08

SO ORDERED:

_[signature]_
U.S.D.J.
7-22-08