UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERA R. DIFILIPPI-ABOELELAA and IBRAHIM ABOELELAA<br><br>Plaintiffs,<br><br>-against-<br><br>BROOKLYN PUBLIC LIBRARY SYSTEM, et al.<br><br>Defendants. | Case No. 08 CV 4323 (JSR)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local Civil Rule 1.9) and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant, Brooklyn Public Library (incorrectly named as "Brooklyn Public Library System), certifies there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

Dated: August 28, 2008
New York, New York

By: _____
Clifford R. Atlas (CA 9512)
Nicole Q. Saldana (NS 6524)

ATTORNEYS FOR DEFENDANTS